IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Eugene Allen, et al.,

                Plaintiffs,     Case No. 1:18-cv-01950

v.                                   Michael L. Brown
                                        United States District Judge

Elite Promotional Marketing, Inc.,

                Defendant.

_____/

## ORDER

Before the Court is the parties' Renewed Joint Motion for Order Approving FLSA Settlement (Dkt. 25). After careful review and consideration, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court further finds that the parties have satisfactorily addressed and resolved each of the concerns previously raised by the Court during the November 16, 2018, teleconference.

Accordingly, the Court **GRANTS** the parties' Joint Motion (Dkt. 25) and **APPROVES** the parties' settlement agreements (Dkt. 25-1). The

Court further **ORDERS** that Plaintiff Michael High shall have seven days from his counsel's receipt of his settlement payment to file an amended complaint alleging only his individual claim of FLSA retaliation under 29 U.S.C. § 215(a)(3). In the light of this order, the Court **CANCELS** the teleconference set for today, December 6, 2018, at 3:30 p.m.

    **SO ORDERED** this 6th day of December, 2018.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE